# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
SEP 22 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

United States of America
v.

Kristy Lynn FELKINS

*Defendant*

Case No. 2:20-mj-0140-CKD

**UN-SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kristy Lynn FELKINS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1958 - Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire

Date: 9/14/2020

_____
*Issuing officer's signature*

City and state: Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/14/20, and the person was arrested on *(date)* 9/15/20
at *(city and state)* Fallon, NV

Date: 9/15/20

_____
*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*